UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, ACE INA INSURANCE, ACE AMERICAN INSURANCE COMPANY and ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Petitioners,<br><br>v.<br><br>AXA BELGIUM (F/K/A ROYAL BELGE INCENDIE REASSURANCE),<br><br>Respondent. | 1:11-cv-07263-RJH<br>(ECF CASE)<br><br>**NOTICE OF MOTION TO SEAL** |

To: The Clerk of Court and all Parties of Record:

**PLEASE TAKE NOTICE**, that AXA Belgium (f/k/a Royal Belge Incendie Reassurance) ("AXA"), will move the Honorable Richard J. Holwell, at the Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order directing that Exhibits "10" through "19" annexed to AXA's Answer to Petition to Confirm Arbitration Awards and Cross Petition to Vacate Arbitration Awards be filed under seal, and that unredacted versions of AXA's Answer/Cross Petition and Memorandum of Law be filed under seal.

**PLEASE TAKE FURTHER NOTICE**, that AXA will rely upon the accompanying Declaration of Michael S. Gollub and Memorandum of Law, both dated December 6, 2011, and proposed form of Order e-mailed to the Orders and Judgments Clerk at judgments@nysd.uscourts.gov.

Dated: December 5, 2011
      New York, New York

                                      Respectfully submitted,
                                      **MARSHALL, CONWAY & BRADLEY, P.C.**

By:    Michael S. Gollub
        116 John Street
        New York, New York 10038
        mgollub@mcwpc.com
        (212) 619-4444 (phone)
        (212) 962-2647 (fax)
        *Attorneys for Respondent*
        *AXA Belgium*
        (f/k/a Royal Belge Incendie Reassurance)